IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

MARIA V. BURRELL                                            PLAINTIFF

VS.                                         CIVIL ACTION NO. 3:06cv341TSL-JCS

MICHAEL CHERTOFF, et al.                                    DEFENDANTS

### ORDER

Pursuant to the stipulations of dismissal filed by the parties herein, it is hereby

ORDERED that this action be, and the same is hereby dismissed with prejudice.

SO ORDERED, this the 22nd day of August, 2006.

/s/ Tom S. Lee
UNITED STATES DISTRICT JUDGE